IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM K. WOODHAM; <br> COLBY LEE CARPENTER; <br> MICHAEL BLACK JOHNSON; and <br> BRADLEY YORK JOHNSON, d/b/a <br> Johnson Hay Farms, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE IRVIN PURDUE, III, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:18-CV-638-WKW <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Before the court is Plaintiffs' motion to dismiss this case without prejudice. (Doc. # 28.)  Under Federal Rule of Civil Procedure 41(a)(2), the court may dismiss this action at Plaintiffs' request "on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  Plaintiffs represent that the parties have agreed to dismissal.  (Doc. # 28; *see also* Docs. # 23, 26.)  It is therefore ORDERED that the motion to dismiss (Doc. # 28) is GRANTED and that this case is DISMISSED without prejudice, with costs and fees taxed as paid.

The Clerk of the Court is DIRECTED to close this case.

DONE this 23rd day of July, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE